UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    Edith B. Johnson,

          Debtor(s)

Case No.: 10-11287

Chapter 13

Completed Petition

## CERTIFICATE OF SERVICE

I hereby certify that on, April 28, 2010, I served true and correct copies of the Completed Petition for Debtor(s) on the following parties in the manner specified for each part below:

| | Name and Address of Party | Method of Service |
|---|---|---|
| 1. | United States Bankruptcy Court<br>Western District of New York<br>300 Pearl Street<br>Olympic Towers, Suite 250<br>Buffalo, New York 14202-2501 | First Class Mail |
| 2. | Albert J. Mogavero, Esq.<br>The Chapter 13 Trustee<br>The Dun Building<br>110 Pearl Street, 6th Floor<br>Buffalo, New York 14202 | First Class Mail |
| 2. | Office of the US Trustee<br>Olympic Towers<br>300 Pearl Street, Suite 401<br>Buffalo, NY 14202 | First Class Mail |
| 3. | Edith Johnson<br>242 Cole Avenue<br>Jamestown, NY 14701 | First Class Mail |

Dated: April 28, 2010

/s/ Scott F. Humble, Esq.
Scott F. Humble, Esq.
Humble Law Offices
7 Jackson Avenue, W.E.
Jamestown, NY 14701
Telephone: 716-664-2889